STATE OF CONNECTICUT *v.* MICHAEL M. HAMPDEN
(13706)

FOTI, LANDAU and HENNESSY, Js.
Argued February 14—decision released March 14, 1995

*Michael M. Hampden,* pro se, the appellant (defendant).

*Kevin T. Kane,* state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* former state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.